Certificate Number: 05781-NJ-DE-035800213

Bankruptcy Case Number: 21-14906

05781-NJ-DE-035800213

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 30, 2021, at 9:44 o'clock AM PDT, Mahesh Patel completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: June 30, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President