UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Bankr. Case No. 21-14906

Mahesh A. Patel & Yogini Patel Chapter 13

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Mercedes-Benz Financial Services USA LLC hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Mercedes-Benz Financial Services USA LLC
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011

BK Servicing, LLC

By /s/ Ed Gezel

Ed Gezel, Agent
BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011
651-366-6390
notices@bkservicing.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on July 7, 2021 :

Barry Scott Miller
Barry S. Miller, Esq.
1211 Liberty Avenue
Hillside, NJ 07205

Marie-ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550

By /s/ Ed Gezel, Agent
Ed Gezel

517648