Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14906−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mahesh A. Patel
aka Mahesh Patel
35 Florham Road
Parsippany, NJ 07054

Yogini Patel
aka Yogini M Patel
35 Florham Road
Parsippany, NJ 07054

Social Security No.:
xxx−xx−1052                                xxx−xx−4381

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            8/12/21
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 6, 2021
JAN: dlr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Mahesh A. Patel  
Yogini Patel  
    Debtors

Case No. 21-14906-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jul 06, 2021      Form ID: 132      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mahesh A. Patel, Yogini Patel, 35 Florham Road, Parsippany, NJ 07054-3021 |
| 519237359 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp., 201 Little Falls Drive, Wilmington, DE 19808 |
| 519237357 | + | American Express, c/o Zwicker & Associates, 1020 Laurel Oak Rd Suite 303, Voorhees, NJ 08043-3518 |
| 519237358 | + | American Express, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 519242045 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519237360 | + | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB 9003, Islandia, NY 11749-9003 |
| 519237362 | + | Capital One Bank USA NA, c/o Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 519237367 | + | Citibank NA, c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB 9003, Islandia, NY 11749-9003 |
| 519237366 | + | Citibank c/o United Collection Bureau, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 519237369 | | Discover Financial Services, c/o Pressler Felt & Warshaw LLP, t Entin Road, Parsippany, NJ 07054-9944 |
| 519237370 | + | Gem Recovery Systems, 800 Kinderkamack Rd, Oradell, NJ 07649-1534 |
| 519237372 | + | JPMCB Card Services c/o Rubin & Rothman, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519249873 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519237376 | | Quicken Loans LLC, POB 6577, Carol Stream, IL 60197-6577 |
| 519237377 | + | Radius Global Solution, 7831 Glenroy Rd Suite 250, Minneapolis, MN 55439-3117 |
| 519237378 | + | Remex Inc., 307 Wall St, Princeton, NJ 08540-1515 |
| 519242174 | + | Summit Medical Group, PO BOX 5026, Syracuse, NY 13220-5026 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 06 2021 22:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 06 2021 22:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247021 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jul 06 2021 22:20:15 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519237361 | | Email/Text: bknotice@ercbpo.com | Jul 06 2021 22:20:00 | Barclays Bank Delaware c/o ERC, POB 23870, Jacksonville, FL 32241-3870 |
| 519237364 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2021 22:28:19 | CITI, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 519249667 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 06 2021 22:28:19 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519237363 | + | Email/Text: bankruptcy@cavps.com | Jul 06 2021 22:20:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 519237365 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2021 22:28:19 | Citibank, POB 6241, Sioux Falls, SD 57117-6241 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 06, 2021 | Form ID: 132 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 519237368 | Email/Text: mrdiscen@discover.com | Jul 06 2021 22:19:00 | Discover Financial Services, POB 15316, Wilmington, DE 19850 |
| 519241571 | Email/Text: mrdiscen@discover.com | Jul 06 2021 22:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519237371 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 06 2021 22:28:18 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 519237373 | Email/Text: M74banko@daimler.com | Jul 06 2021 22:20:00 | Mercedes-Benz Financial Services, 13650 Heritage Valley Parkway, Fort Worth, TX 76177 |
| 519237374 | + Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2021 22:20:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519237375 | + Email/Text: bankruptcy@certifiedcollection.com | Jul 06 2021 22:20:00 | Morristown Medical Center, c/o Certified Credit & Collection, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 519237379 | + Email/Text: bankruptcy@savit.com | Jul 06 2021 22:20:00 | SA-VIT Collection Agency, 46C W Ferris St, East Brunswick, NJ 08816-2159 |
| 519237380 | + Email/PDF: clerical@simmassociates.com | Jul 06 2021 22:28:08 | Simm Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 519237381 | + Email/Text: clientservices@simonsagency.com | Jul 06 2021 22:20:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519237382 | Email/Text: edinkel@vikingservice.com | Jul 06 2021 22:20:00 | Viking Client Services LLC, POB 59207, Minneapolis, MN 55459-0207 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 08, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Barry Scott Miller | on behalf of Joint Debtor Yogini Patel bmiller@barrysmilleresq.com |
| Barry Scott Miller | on behalf of Debtor Mahesh A. Patel bmiller@barrysmilleresq.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jul 06, 2021 | Form ID: 132 | Total Noticed: 35 |

magecf@magtrustee.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5