Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 21−14906−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mahesh A. Patel                                  Yogini Patel
aka Mahesh Patel                                 aka Yogini M Patel
35 Florham Road                                  35 Florham Road
Parsippany, NJ 07054                             Parsippany, NJ 07054

Social Security No.:
   xxx−xx−1052                                   xxx−xx−4381

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 10, 2021.

Dated: September 10, 2021
JAN: zlh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Mahesh A. Patel  
Yogini Patel  
    Debtors

Case No. 21-14906-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mahesh A. Patel, Yogini Patel, 35 Florham Road, Parsippany, NJ 07054-3021 |
| 519237359 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp., 201 Little Falls Drive, Wilmington, DE 19808 |
| 519237358 | + | American Express, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 519237357 | + | American Express, c/o Zwicker & Associates, 1020 Laurel Oak Rd Suite 303, Voorhees, NJ 08043-3518 |
| 519257732 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519242045 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519256100 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519237360 | + | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB 9003, Islandia, NY 11749-9003 |
| 519237362 | + | Capital One Bank USA NA, c/o Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 519237367 | + | Citibank NA, c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB 9003, Islandia, NY 11749-9003 |
| 519237366 | + | Citibank c/o United Collection Bureau, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 519237369 | | Discover Financial Services, c/o Pressler Felt & Warshaw LLP, t Entin Road, Parsippany, NJ 07054-9944 |
| 519237370 | + | Gem Recovery Systems, 800 Kinderkamack Rd, Oradell, NJ 07649-1534 |
| 519237372 | + | JPMCB Card Services c/o Rubin & Rothman, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519265917 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519249873 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519237376 | | Quicken Loans LLC, POB 6577, Carol Stream, IL 60197-6577 |
| 519256066 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519237377 | + | Radius Global Solution, 7831 Glenroy Rd Suite 250, Minneapolis, MN 55439-3117 |
| 519237378 | + | Remex Inc., 307 Wall St, Princeton, NJ 08540-1515 |
| 519242174 | + | Summit Medical Group, PO BOX 5026, Syracuse, NY 13220-5026 |
| 519283546 | | UHG, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 10 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 10 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247021 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 10 2021 20:29:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519288758 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:32:11 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519237360 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 10 2021 20:29:00 | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB |

Case 21-14906-JKS    Doc 27    Filed 09/12/21    Entered 09/13/21 00:13:52    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: plncf13 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | 9003, Islandia, NY 11749-9003 |
| 519237361 | | Email/Text: bknotice@ercbpo.com | Sep 10 2021 20:29:00 | Barclays Bank Delaware c/o ERC, POB 23870, Jacksonville, FL 32241-3870 |
| 519237364 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2021 20:32:12 | CITI, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 519249667 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Sep 10 2021 20:32:12 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519237363 | + | Email/Text: bankruptcy@cavps.com | Sep 10 2021 20:29:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2322 |
| 519268188 | + | Email/Text: bankruptcy@cavps.com | Sep 10 2021 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519237365 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2021 20:31:59 | Citibank, POB 6241, Sioux Falls, SD 57117-6241 |
| 519237367 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 10 2021 20:29:00 | Citibank NA, c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB 9003, Islandia, NY 11749-9003 |
| 519237368 | | Email/Text: mrdiscen@discover.com | Sep 10 2021 20:29:00 | Discover Financial Services, POB 15316, Wilmington, DE 19850 |
| 519241571 | | Email/Text: mrdiscen@discover.com | Sep 10 2021 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519237372 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 10 2021 20:29:00 | JPMCB Card Services c/o Rubin & Rothman, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519237371 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 20:32:09 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850 |
| 519267765 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 10 2021 20:31:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519237373 | | Email/Text: M74banko@daimler.com | Sep 10 2021 20:30:00 | Mercedes-Benz Financial Services, 13650 Heritage Valley Parkway, Fort Worth, TX 76177 |
| 519237374 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2021 20:29:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519262290 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 10 2021 20:29:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519237375 | + | Email/Text: bankruptcy@certifiedcollection.com | Sep 10 2021 20:29:00 | Morristown Medical Center, c/o Certified Credit & Collection, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 519281568 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 10 2021 20:31:57 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 519237379 | + | Email/Text: bankruptcy@savit.com | Sep 10 2021 20:30:00 | SA-VIT Collection Agency, 46C W Ferris St, East Brunswick, NJ 08816-2159 |
| 519237380 | + | Email/PDF: clerical@simmassociates.com | Sep 10 2021 20:31:57 | Simm Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 519237381 | + | Email/Text: clientservices@simonsagency.com | Sep 10 2021 20:29:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519284170 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 10 2021 20:29:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519237382 | | Email/Text: edinkel@vikingservice.com | Sep 10 2021 20:30:00 | Viking Client Services LLC, POB 59207, Minneapolis, MN 55459-0207 |

TOTAL: 27

## BYPASSED RECIPIENTS

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 10, 2021 | Form ID: plncf13 | Total Noticed: 46 |

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021         Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry Scott Miller | on behalf of Joint Debtor Yogini Patel bmiller@barrysmilleresq.com |
| Barry Scott Miller | on behalf of Debtor Mahesh A. Patel bmiller@barrysmilleresq.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5