**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MAHESH A. PATEL
YOGINI PATEL,

Debtors

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.: 21-14906 JKS**

## NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | SUMMIT MEDICAL GROUP |
| Trustee Claim #: | 30 |
| Court Claim #: | 4 |
| Claimed Amount: | $829.00 |
| Date Claim Filed: | 06/22/2021 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Proof of Claim was filed with no attachments. Creditor must file an amended claim inclusive of attachments with the Court.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: September 15, 2021

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

MAHESH A. PATEL
YOGINI PATEL
35 FLORHAM ROAD
PARSIPPANY, NJ 07054

BARRY SCOTT MILLER
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

SUMMIT MEDICAL GROUP
SIMONS AGENCY INC
PO BOX 5026
SYRACUSE, NY 13220-5026