BARRY SCOTT MILLER
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

Re: MAHESH A. PATEL
YOGINI PATEL
35 FLORHAM ROAD
PARSIPPANY, NJ 07054

Atty: BARRY SCOTT MILLER
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
**Chapter 13 Case # 21-14906**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $77,325.43**

## RECEIPTS AS OF 01/14/2022
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2021 | $1,239.43 | 7778861000 | 08/02/2021 | $1,239.43 | 7850744000 |
| 08/11/2021 | $9,380.00 | 7872899000 | 08/12/2021 | $9,380.57 | 7872902000 |
| 09/02/2021 | $966.67 | 7916054000 | 10/04/2021 | $967.00 | 7982300000 |
| 11/01/2021 | $967.00 | 8053409000 | 12/02/2021 | $967.00 | 8118141000 |
| 01/03/2022 | $967.00 | 8184336000 | | | |

**Total Receipts: $26,074.10 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $26,074.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022
(Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,525.77 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 123.55 | * | 0.00 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK, A | UNSECURED | 11,621.86 | * | 0.00 | |
| 0003 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 17,279.60 | * | 0.00 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,979.29 | * | 0.00 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 399.08 | * | 0.00 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 14,210.15 | * | 0.00 | |
| 0008 | CAVALRY SPV I LLC | UNSECURED | 13,143.10 | * | 0.00 | |
| 0009 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 21,806.17 | * | 0.00 | |

**Chapter 13 Case # 21-14906**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0012 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 17,331.05 | * | 0.00 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 8,178.47 | * | 0.00 | |
| 0014 | GEM RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | JPMORGAN CHASE BANK NA | UNSECURED | 7,271.50 | * | 0.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 9,191.72 | * | 0.00 | |
| 0017 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,956.31 | * | 0.00 | |
| 0019 | MORRISTOWN MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUICKEN LOANS LLC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0021 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 434.00 | * | 0.00 | |
| 0022 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SIMM ASSOCIATES INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SIMONS AGENCY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | UHG PERITUS PORTFOLIO SERVICES II LI | UNSECURED | 17,160.34 | * | 0.00 | |
| 0030 | SUMMIT MEDICAL GROUP | UNSECURED | 829.00 | * | 0.00 | |
| 0031 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | US BANK NATIONAL ASSOCIATION | UNSECURED | 13,537.21 | * | 0.00 | |
| 0035 | ST CLARES HOSPITAL | UNSECURED | 581.62 | * | 0.00 | |

**Total Paid: $1,525.77**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 14, 2022.

Receipts: $26,074.10 - Paid to Claims: $0.00 - Admin Costs Paid: $1,525.77 = Funds on Hand: $24,548.33

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.