BARRY SCOTT MILLER
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

Re: MAHESH A. PATEL
YOGINI PATEL
35 FLORHAM ROAD
PARSIPPANY, NJ 07054

Atty: BARRY SCOTT MILLER
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
**Chapter 13 Case # 21-14906**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $77,325.43**

## RECEIPTS AS OF 01/13/2023

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2021 | $1,239.43 | 7778861000 | 08/02/2021 | $1,239.43 | 7850744000 |
| 08/11/2021 | $9,380.00 | 7872899000 | 08/12/2021 | $9,380.57 | 7872902000 |
| 09/02/2021 | $966.67 | 7916054000 | 10/04/2021 | $967.00 | 7982300000 |
| 11/01/2021 | $967.00 | 8053409000 | 12/02/2021 | $967.00 | 8118141000 |
| 01/03/2022 | $967.00 | 8184336000 | 02/02/2022 | $967.00 | 8247078000 |
| 03/02/2022 | $967.00 | 8311498000 | 04/04/2022 | $967.00 | 8375699000 |
| 05/02/2022 | $967.00 | 8439715000 | 06/02/2022 | $967.00 | 8501971000 |
| 07/05/2022 | $967.00 | 8564538000 | 08/02/2022 | $967.00 | 8624117000 |
| 09/02/2022 | $967.00 | 8683942000 | 10/03/2022 | $967.00 | 8744371000 |
| 11/02/2022 | $967.00 | 8802734000 | 12/02/2022 | $967.00 | 8858657000 |
| 01/03/2023 | $967.00 | 8915598000 | | | |

**Total Receipts: $37,678.10 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $37,678.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 04/18/2022 | $19.10 | 889,191 | 12/12/2022 | $5.34 | 902,291 |
| AMERICAN EXPRESS NATIONAL BANK, AENB | | | | | | |
| | 04/18/2022 | $1,798.55 | 889,192 | 05/16/2022 | $58.77 | 890,905 |
| | 06/20/2022 | $63.41 | 892,589 | 07/18/2022 | $63.41 | 894,321 |
| | 08/15/2022 | $63.40 | 895,884 | 09/19/2022 | $63.41 | 897,487 |
| | 10/17/2022 | $63.41 | 899,160 | 11/14/2022 | $62.10 | 900,737 |
| | 12/12/2022 | $62.09 | 902,292 | 01/09/2023 | $62.09 | 903,779 |
| ASHLEY FUNDING SERVICES, LLC | | | | | | |
| | 04/18/2022 | $67.17 | 889,212 | 07/18/2022 | $6.93 | 894,339 |
| | 10/17/2022 | $7.10 | 899,180 | 01/09/2023 | $6.95 | 903,797 |

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | | |
| | 04/18/2022 | $2,674.15 | 889,221 | 05/16/2022 | $87.34 | 890,932 |
| | 06/20/2022 | $94.28 | 892,618 | 07/18/2022 | $94.27 | 894,348 |
| | 08/15/2022 | $94.28 | 895,916 | 09/19/2022 | $94.28 | 897,514 |
| | 10/17/2022 | $94.28 | 899,189 | 11/14/2022 | $92.32 | 900,765 |
| | 12/12/2022 | $92.32 | 902,317 | 01/09/2023 | $92.33 | 903,807 |
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 04/18/2022 | $2,199.13 | 889,284 | 05/16/2022 | $71.82 | 890,986 |
| | 06/20/2022 | $77.53 | 892,674 | 07/18/2022 | $77.53 | 894,396 |
| | 08/15/2022 | $77.53 | 895,970 | 09/19/2022 | $77.53 | 897,567 |
| | 10/17/2022 | $77.53 | 899,234 | 11/14/2022 | $75.93 | 900,810 |
| | 12/12/2022 | $75.92 | 902,366 | 01/09/2023 | $75.93 | 903,848 |
| CAVALRY SPV I LLC | | | | | | |
| | 04/18/2022 | $2,033.98 | 889,301 | 05/16/2022 | $66.45 | 891,003 |
| | 06/20/2022 | $71.71 | 892,692 | 07/18/2022 | $71.71 | 894,412 |
| | 08/15/2022 | $71.70 | 895,988 | 09/19/2022 | $71.71 | 897,586 |
| | 10/17/2022 | $71.71 | 899,251 | 11/14/2022 | $70.23 | 900,826 |
| | 12/12/2022 | $70.21 | 902,382 | 01/09/2023 | $70.23 | 903,864 |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 04/18/2022 | $2,682.08 | 889,388 | 04/18/2022 | $1,265.69 | 889,388 |
| | 05/16/2022 | $87.63 | 891,081 | 05/16/2022 | $41.33 | 891,081 |
| | 06/20/2022 | $94.56 | 892,777 | 06/20/2022 | $44.62 | 892,777 |
| | 07/18/2022 | $94.56 | 894,489 | 07/18/2022 | $44.62 | 894,489 |
| | 08/15/2022 | $94.55 | 896,064 | 08/15/2022 | $44.62 | 896,064 |
| | 09/19/2022 | $94.56 | 897,672 | 09/19/2022 | $44.62 | 897,672 |
| | 10/17/2022 | $94.56 | 899,329 | 10/17/2022 | $44.62 | 899,329 |
| | 11/14/2022 | $92.60 | 900,909 | 11/14/2022 | $43.70 | 900,909 |
| | 12/12/2022 | $92.60 | 902,453 | 12/12/2022 | $43.70 | 902,453 |
| | 01/09/2023 | $92.60 | 903,941 | 01/09/2023 | $43.69 | 903,941 |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 04/18/2022 | $1,125.32 | 888,960 | 04/18/2022 | $1,422.50 | 888,960 |
| | 05/16/2022 | $36.75 | 890,695 | 05/16/2022 | $46.45 | 890,695 |
| | 06/20/2022 | $39.67 | 892,366 | 06/20/2022 | $50.15 | 892,366 |
| | 07/18/2022 | $39.67 | 894,111 | 07/18/2022 | $50.15 | 894,111 |
| | 08/15/2022 | $39.69 | 895,676 | 08/15/2022 | $50.14 | 895,676 |
| | 09/19/2022 | $39.67 | 897,261 | 09/19/2022 | $50.15 | 897,261 |
| | 10/17/2022 | $39.67 | 898,937 | 10/17/2022 | $50.15 | 898,937 |
| | 11/14/2022 | $38.85 | 900,501 | 11/14/2022 | $49.12 | 900,501 |
| | 12/12/2022 | $38.85 | 902,076 | 12/12/2022 | $49.11 | 902,076 |
| | 01/09/2023 | $38.86 | 903,565 | 01/09/2023 | $49.10 | 903,565 |
| LVNV FUNDING LLC | | | | | | |
| | 04/18/2022 | $3,374.67 | 889,598 | 04/18/2022 | $61.75 | 889,598 |
| | 05/16/2022 | $110.22 | 891,284 | 06/20/2022 | $118.97 | 892,985 |
| | 07/18/2022 | $118.97 | 894,664 | 07/18/2022 | $6.39 | 894,664 |
| | 08/15/2022 | $118.99 | 896,252 | 09/19/2022 | $118.98 | 897,863 |
| | 10/17/2022 | $118.97 | 899,514 | 10/17/2022 | $6.53 | 899,514 |
| | 11/14/2022 | $116.50 | 901,082 | 12/12/2022 | $116.51 | 902,629 |
| | 01/09/2023 | $116.51 | 904,128 | 01/09/2023 | $6.39 | 904,128 |
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 04/18/2022 | $457.50 | 888,970 | 05/16/2022 | $14.96 | 890,704 |
| | 06/20/2022 | $16.13 | 892,374 | 07/18/2022 | $16.13 | 894,119 |
| | 08/15/2022 | $16.12 | 895,685 | 09/19/2022 | $16.13 | 897,269 |
| | 10/17/2022 | $16.13 | 898,944 | 11/14/2022 | $15.80 | 900,509 |
| | 12/12/2022 | $15.79 | 902,083 | 01/09/2023 | $15.80 | 903,573 |

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 04/18/2022 | $2,318.17 | 8,002,785 | 05/16/2022 | $75.70 | 8,002,843 |
| | 06/20/2022 | $81.73 | 8,002,892 | 07/18/2022 | $81.72 | 8,002,950 |
| | 08/15/2022 | $81.73 | 8,002,997 | 09/19/2022 | $81.73 | 8,003,048 |
| | 10/17/2022 | $81.73 | 8,003,103 | 11/14/2022 | $80.02 | 8,003,148 |
| | 12/12/2022 | $80.04 | 8,003,201 | 01/09/2023 | $80.03 | 8,003,257 |
| ST CLARES HOSPIAL | | | | | | |
| | 04/18/2022 | $21.41 | 888,749 | 05/16/2022 | $71.54 | 890,512 |
| | 07/18/2022 | $6.34 | 893,928 | 09/19/2022 | $6.35 | 897,067 |
| | 11/14/2022 | $6.29 | 900,333 | 01/09/2023 | $6.21 | 903,410 |
| UHG PERITUS PORTFOLIO SERVICES II LLC | | | | | | |
| | 04/18/2022 | $2,655.70 | 889,112 | 05/16/2022 | $86.73 | 890,833 |
| | 06/20/2022 | $93.63 | 892,503 | 07/18/2022 | $93.62 | 894,242 |
| | 08/15/2022 | $93.63 | 895,803 | 09/19/2022 | $93.63 | 897,395 |
| | 10/17/2022 | $93.63 | 899,062 | 11/14/2022 | $91.68 | 900,632 |
| | 12/12/2022 | $91.69 | 902,195 | 01/09/2023 | $91.68 | 903,683 |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 04/18/2022 | $2,094.98 | 890,260 | 05/16/2022 | $68.43 | 891,889 |
| | 06/20/2022 | $73.86 | 893,646 | 07/18/2022 | $73.86 | 895,268 |
| | 08/15/2022 | $73.85 | 896,812 | 09/19/2022 | $73.86 | 898,500 |
| | 10/17/2022 | $73.86 | 900,099 | 11/14/2022 | $72.33 | 901,673 |
| | 12/12/2022 | $72.33 | 903,197 | 01/09/2023 | $72.33 | 904,691 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,023.72 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 123.55 | * | 24.44 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK, A | UNSECURED | 11,621.86 | * | 2,360.64 | |
| 0003 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 17,279.60 | * | 3,509.85 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,979.29 | * | 3,042.60 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 399.08 | * | 81.06 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 14,210.15 | * | 2,886.38 | |
| 0008 | CAVALRY SPV I LLC | UNSECURED | 13,143.10 | * | 2,669.64 | |
| 0009 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 21,806.17 | * | 4,429.29 | |
| 0012 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 17,331.05 | * | 3,520.30 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 8,178.47 | * | 1,661.21 | |
| 0014 | GEM RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | JPMORGAN CHASE BANK NA | UNSECURED | 7,271.50 | * | 1,477.00 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 9,191.72 | * | 1,867.02 | |
| 0017 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,956.31 | * | 600.49 | |
| 0019 | MORRISTOWN MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUICKEN LOANS LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0021 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 434.00 | * | 88.15 | |
| 0022 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SIMM ASSOCIATES INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SIMONS AGENCY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | UHG PERITUS PORTFOLIO SERVICES II LL | UNSECURED | 17,160.34 | * | 3,485.62 | |
| 0030 | SUMMIT MEDICAL GROUP | UNSECURED | 829.00 | * | 0.00 | |
| 0031 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 21-14906**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0032 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | US BANK NATIONAL ASSOCIATION | UNSECURED | 13,537.21 | * | 2,749.69 | |
| 0035 | ST CLARES HOSPIAL | UNSECURED | 581.62 | * | 118.14 | |

**Total Paid: $36,595.24**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2023.

Receipts: $37,678.10 - Paid to Claims: $34,571.52 - Admin Costs Paid: $2,023.72 = Funds on Hand: $1,082.86

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.