BARRY SCOTT MILLER
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

Re: MAHESH A. PATEL
YOGINI PATEL
35 FLORHAM ROAD
PARSIPPANY, NJ 07054

Atty: BARRY SCOTT MILLER
1211 LIBERTY AVENUE
HILLSIDE, NJ 07205

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
**Chapter 13 Case # 21-14906**

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $77,325.43**

## RECEIPTS AS OF 01/01/2025

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/02/2021 | $1,239.43 | 7778861000 | 08/02/2021 | $1,239.43 | 7850744000 |
| 08/11/2021 | $9,380.00 | 7872899000 | 08/12/2021 | $9,380.57 | 7872902000 |
| 09/02/2021 | $966.67 | 7916054000 | 10/04/2021 | $967.00 | 7982300000 |
| 11/01/2021 | $967.00 | 8053409000 | 12/02/2021 | $967.00 | 8118141000 |
| 01/03/2022 | $967.00 | 8184336000 | 02/02/2022 | $967.00 | 8247078000 |
| 03/02/2022 | $967.00 | 8311498000 | 04/04/2022 | $967.00 | 8375699000 |
| 05/02/2022 | $967.00 | 8439715000 | 06/02/2022 | $967.00 | 8501971000 |
| 07/05/2022 | $967.00 | 8564538000 | 08/02/2022 | $967.00 | 8624117000 |
| 09/02/2022 | $967.00 | 8683942000 | 10/03/2022 | $967.00 | 8744371000 |
| 11/02/2022 | $967.00 | 8802734000 | 12/02/2022 | $967.00 | 8858657000 |
| 01/03/2023 | $967.00 | 8915598000 | 02/02/2023 | $967.00 | 8973830000 |
| 03/02/2023 | $967.00 | 9029361000 | 04/03/2023 | $967.00 | 9089537000 |
| 05/02/2023 | $967.00 | 9143680000 | 06/02/2023 | $967.00 | 9199222000 |
| 07/03/2023 | $967.00 | 9254352000 | 08/02/2023 | $967.00 | 9306102000 |
| 09/05/2023 | $967.00 | 9359484000 | 10/02/2023 | $967.00 | 9409831000 |
| 11/02/2023 | $967.00 | 9461630000 | 12/04/2023 | $967.00 | 9511613000 |
| 01/02/2024 | $967.00 | 9561086000 | 02/02/2024 | $967.00 | 9612419000 |
| 03/04/2024 | $967.00 | 9662792000 | 04/02/2024 | $967.00 | 9713530000 |
| 05/01/2024 | $967.00 | 9760321000 | 06/03/2024 | $967.00 | 9810698000 |
| 07/01/2024 | $967.00 | 9860583000 | 08/02/2024 | $967.00 | 9909895000 |
| 09/03/2024 | $967.00 | 9959034000 | 10/02/2024 | $967.00 | 1000607800 |
| 11/04/2024 | $967.00 | 1005419900 | 12/02/2024 | $967.00 | 1009912200 |

**Total Receipts: $59,919.10 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $59,919.10**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK | | | | | | |
| | 04/18/2022 | $19.10 | 889,191 | 12/12/2022 | $5.34 | 902,291 |
| | 08/14/2023 | $5.25 | 914,621 | 04/15/2024 | $5.16 | 926,085 |
| | 12/16/2024 | $5.24 | 937,592 | | | |
| AMERICAN EXPRESS NATIONAL BANK, AENB | | | | | | |
| | 04/18/2022 | $1,798.55 | 889,192 | 05/16/2022 | $58.77 | 890,905 |
| | 06/20/2022 | $63.41 | 892,589 | 07/18/2022 | $63.41 | 894,321 |
| | 08/15/2022 | $63.40 | 895,884 | 09/19/2022 | $63.41 | 897,487 |
| | 10/17/2022 | $63.41 | 899,160 | 11/14/2022 | $62.10 | 900,737 |
| | 12/12/2022 | $62.09 | 902,292 | 01/09/2023 | $62.09 | 903,779 |
| | 02/13/2023 | $62.09 | 905,300 | 03/13/2023 | $62.10 | 906,914 |
| | 04/17/2023 | $62.09 | 908,499 | 05/15/2023 | $62.10 | 910,131 |
| | 06/12/2023 | $61.44 | 911,593 | 07/17/2023 | $61.44 | 913,106 |
| | 08/14/2023 | $61.42 | 914,622 | 09/18/2023 | $61.44 | 916,123 |
| | 10/16/2023 | $61.44 | 917,616 | 11/13/2023 | $60.47 | 919,046 |
| | 12/11/2023 | $60.42 | 920,468 | 01/08/2024 | $60.45 | 921,855 |
| | 02/12/2024 | $60.47 | 923,204 | 03/11/2024 | $60.45 | 924,660 |
| | 04/15/2024 | $60.45 | 926,086 | 05/10/2024 | $60.46 | 927,568 |
| | 06/17/2024 | $60.40 | 928,967 | 07/15/2024 | $60.52 | 930,457 |
| | 08/19/2024 | $62.41 | 931,865 | 09/16/2024 | $62.42 | 933,330 |
| | 10/21/2024 | $62.42 | 934,728 | 11/18/2024 | $61.77 | 936,209 |
| | 12/16/2024 | $61.76 | 937,594 | | | |
| ASHLEY FUNDING SERVICES, LLC | | | | | | |
| | 04/18/2022 | $67.17 | 889,212 | 07/18/2022 | $6.93 | 894,339 |
| | 10/17/2022 | $7.10 | 899,180 | 01/09/2023 | $6.95 | 903,797 |
| | 04/17/2023 | $6.96 | 908,517 | 07/17/2023 | $6.90 | 913,125 |
| | 10/16/2023 | $6.89 | 917,633 | 01/08/2024 | $6.78 | 921,869 |
| | 04/15/2024 | $6.77 | 926,104 | 07/15/2024 | $6.77 | 930,472 |
| | 10/21/2024 | $6.99 | 934,745 | | | |
| BANK OF AMERICA | | | | | | |
| | 04/18/2022 | $2,674.15 | 889,221 | 05/16/2022 | $87.34 | 890,932 |
| | 06/20/2022 | $94.28 | 892,618 | 07/18/2022 | $94.27 | 894,348 |
| | 08/15/2022 | $94.28 | 895,916 | 09/19/2022 | $94.28 | 897,514 |
| | 10/17/2022 | $94.28 | 899,189 | 11/14/2022 | $92.32 | 900,765 |
| | 12/12/2022 | $92.32 | 902,317 | 01/09/2023 | $92.33 | 903,807 |
| | 02/13/2023 | $92.32 | 905,330 | 03/13/2023 | $92.32 | 906,948 |
| | 04/17/2023 | $92.32 | 908,529 | 05/15/2023 | $92.32 | 910,154 |
| | 06/12/2023 | $91.36 | 911,619 | 07/17/2023 | $91.34 | 913,135 |
| | 08/14/2023 | $91.32 | 914,652 | 09/18/2023 | $91.34 | 916,149 |
| | 10/16/2023 | $91.34 | 917,640 | 11/13/2023 | $89.94 | 919,074 |
| | 12/11/2023 | $89.84 | 920,497 | 01/08/2024 | $89.88 | 921,880 |
| | 02/12/2024 | $89.89 | 923,228 | 03/11/2024 | $89.88 | 924,685 |
| | 04/15/2024 | $89.88 | 926,114 | 05/10/2024 | $89.89 | 927,591 |
| | 06/17/2024 | $89.90 | 928,993 | 07/15/2024 | $89.86 | 930,480 |
| | 08/19/2024 | $92.81 | 931,890 | 09/16/2024 | $92.81 | 933,353 |
| | 10/21/2024 | $92.81 | 934,752 | 11/18/2024 | $91.84 | 936,238 |
| | 12/16/2024 | $91.82 | 937,621 | | | |

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 04/18/2022 | $2,199.13 | 889,284 | 05/16/2022 | $71.82 | 890,986 |
| | 06/20/2022 | $77.53 | 892,674 | 07/18/2022 | $77.53 | 894,396 |
| | 08/15/2022 | $77.53 | 895,970 | 09/19/2022 | $77.53 | 897,567 |
| | 10/17/2022 | $77.53 | 899,234 | 11/14/2022 | $75.93 | 900,810 |
| | 12/12/2022 | $75.92 | 902,366 | 01/09/2023 | $75.93 | 903,848 |
| | 02/13/2023 | $75.92 | 905,378 | 03/13/2023 | $75.92 | 906,991 |
| | 04/17/2023 | $75.92 | 908,577 | 05/15/2023 | $75.92 | 910,198 |
| | 06/12/2023 | $75.13 | 911,662 | 07/17/2023 | $75.12 | 913,183 |
| | 08/14/2023 | $75.09 | 914,701 | 09/18/2023 | $75.12 | 916,197 |
| | 10/16/2023 | $75.12 | 917,679 | 11/13/2023 | $73.96 | 919,117 |
| | 12/11/2023 | $73.88 | 920,534 | 01/08/2024 | $73.92 | 921,917 |
| | 02/12/2024 | $73.92 | 923,271 | 03/11/2024 | $73.91 | 924,721 |
| | 04/15/2024 | $73.91 | 926,160 | 05/10/2024 | $73.93 | 927,631 |
| | 06/17/2024 | $73.92 | 929,034 | 07/15/2024 | $73.89 | 930,518 |
| | 08/19/2024 | $76.34 | 931,933 | 09/16/2024 | $76.32 | 933,393 |
| | 10/21/2024 | $76.32 | 934,795 | 11/18/2024 | $75.52 | 936,275 |
| | 12/16/2024 | $75.58 | 937,662 | | | |
| CAVALRY SPV I LLC | | | | | | |
| | 04/18/2022 | $2,033.98 | 889,301 | 05/16/2022 | $66.45 | 891,003 |
| | 06/20/2022 | $71.71 | 892,692 | 07/18/2022 | $71.71 | 894,412 |
| | 08/15/2022 | $71.70 | 895,988 | 09/19/2022 | $71.71 | 897,586 |
| | 10/17/2022 | $71.71 | 899,251 | 11/14/2022 | $70.23 | 900,826 |
| | 12/12/2022 | $70.21 | 902,382 | 01/09/2023 | $70.23 | 903,864 |
| | 02/13/2023 | $70.22 | 905,396 | 03/13/2023 | $70.22 | 907,011 |
| | 04/17/2023 | $70.22 | 908,597 | 05/15/2023 | $70.22 | 910,212 |
| | 06/12/2023 | $69.49 | 911,677 | 07/17/2023 | $69.48 | 913,198 |
| | 08/14/2023 | $69.46 | 914,716 | 09/18/2023 | $69.48 | 916,210 |
| | 10/16/2023 | $69.48 | 917,693 | 11/13/2023 | $68.39 | 919,135 |
| | 12/11/2023 | $68.33 | 920,552 | 01/08/2024 | $68.37 | 921,930 |
| | 02/12/2024 | $68.38 | 923,285 | 03/11/2024 | $68.36 | 924,736 |
| | 04/15/2024 | $68.36 | 926,174 | 05/10/2024 | $68.37 | 927,647 |
| | 06/17/2024 | $68.38 | 929,048 | 07/15/2024 | $68.35 | 930,533 |
| | 08/19/2024 | $70.59 | 931,948 | 09/16/2024 | $70.59 | 933,406 |
| | 10/21/2024 | $70.59 | 934,808 | 11/18/2024 | $69.85 | 936,290 |
| | 12/16/2024 | $69.84 | 937,676 | | | |

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 04/18/2022 | $2,682.08 | 889,388 | 04/18/2022 | $1,265.69 | 889,388 |
| | 05/16/2022 | $87.63 | 891,081 | 05/16/2022 | $41.33 | 891,081 |
| | 06/20/2022 | $44.62 | 892,777 | 06/20/2022 | $94.56 | 892,777 |
| | 07/18/2022 | $44.62 | 894,489 | 07/18/2022 | $94.56 | 894,489 |
| | 08/15/2022 | $94.55 | 896,064 | 08/15/2022 | $44.62 | 896,064 |
| | 09/19/2022 | $94.56 | 897,672 | 09/19/2022 | $44.62 | 897,672 |
| | 10/17/2022 | $94.56 | 899,329 | 10/17/2022 | $44.62 | 899,329 |
| | 11/14/2022 | $92.60 | 900,909 | 11/14/2022 | $43.70 | 900,909 |
| | 12/12/2022 | $92.60 | 902,453 | 12/12/2022 | $43.70 | 902,453 |
| | 01/09/2023 | $92.60 | 903,941 | 01/09/2023 | $43.69 | 903,941 |
| | 02/13/2023 | $92.60 | 905,479 | 02/13/2023 | $43.70 | 905,479 |
| | 03/13/2023 | $92.59 | 907,090 | 03/13/2023 | $43.71 | 907,090 |
| | 04/17/2023 | $92.60 | 908,695 | 04/17/2023 | $43.70 | 908,695 |
| | 05/15/2023 | $92.60 | 910,295 | 05/15/2023 | $43.70 | 910,295 |
| | 06/12/2023 | $91.62 | 911,768 | 06/12/2023 | $43.22 | 911,768 |
| | 07/17/2023 | $91.62 | 913,288 | 07/17/2023 | $43.23 | 913,288 |
| | 08/14/2023 | $91.59 | 914,806 | 08/14/2023 | $43.26 | 914,806 |
| | 09/18/2023 | $91.62 | 916,301 | 09/18/2023 | $43.23 | 916,301 |
| | 10/16/2023 | $91.62 | 917,778 | 10/16/2023 | $43.23 | 917,778 |
| | 11/13/2023 | $90.18 | 919,225 | 11/13/2023 | $42.50 | 919,225 |
| | 12/11/2023 | $90.11 | 920,640 | 12/11/2023 | $42.58 | 920,640 |
| | 01/08/2024 | $90.15 | 922,016 | 01/08/2024 | $42.54 | 922,016 |
| | 02/12/2024 | $90.17 | 923,375 | 02/12/2024 | $42.53 | 923,375 |
| | 03/11/2024 | $90.15 | 924,829 | 03/11/2024 | $42.54 | 924,829 |
| | 04/15/2024 | $90.15 | 926,267 | 04/15/2024 | $42.54 | 926,267 |
| | 05/10/2024 | $90.15 | 927,739 | 05/10/2024 | $42.54 | 927,739 |
| | 06/17/2024 | $90.07 | 929,152 | 06/17/2024 | $42.55 | 929,152 |
| | 07/15/2024 | $90.26 | 930,617 | 07/15/2024 | $42.53 | 930,617 |
| | 08/19/2024 | $93.04 | 932,044 | 08/19/2024 | $43.93 | 932,044 |
| | 09/16/2024 | $93.09 | 933,494 | 09/16/2024 | $43.93 | 933,494 |
| | 10/21/2024 | $93.09 | 934,903 | 10/21/2024 | $43.93 | 934,903 |
| | 11/18/2024 | $92.11 | 936,382 | 11/18/2024 | $43.47 | 936,382 |
| | 12/16/2024 | $92.10 | 937,760 | 12/16/2024 | $43.46 | 937,760 |

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 04/18/2022 | $1,125.32 | 888,960 | 04/18/2022 | $1,422.50 | 888,960 |
| | 05/16/2022 | $36.75 | 890,695 | 05/16/2022 | $46.45 | 890,695 |
| | 06/20/2022 | $50.15 | 892,366 | 06/20/2022 | $39.67 | 892,366 |
| | 07/18/2022 | $50.15 | 894,111 | 07/18/2022 | $39.67 | 894,111 |
| | 08/15/2022 | $39.69 | 895,676 | 08/15/2022 | $50.14 | 895,676 |
| | 09/19/2022 | $39.67 | 897,261 | 09/19/2022 | $50.15 | 897,261 |
| | 10/17/2022 | $39.67 | 898,937 | 10/17/2022 | $50.15 | 898,937 |
| | 11/14/2022 | $38.85 | 900,501 | 11/14/2022 | $49.12 | 900,501 |
| | 12/12/2022 | $38.85 | 902,076 | 12/12/2022 | $49.11 | 902,076 |
| | 01/09/2023 | $38.86 | 903,565 | 01/09/2023 | $49.10 | 903,565 |
| | 02/13/2023 | $38.85 | 905,071 | 02/13/2023 | $49.11 | 905,071 |
| | 03/13/2023 | $38.85 | 906,685 | 03/13/2023 | $49.12 | 906,685 |
| | 04/17/2023 | $38.85 | 908,253 | 04/17/2023 | $49.11 | 908,253 |
| | 05/15/2023 | $38.85 | 909,893 | 05/15/2023 | $49.11 | 909,893 |
| | 06/12/2023 | $38.43 | 911,349 | 06/12/2023 | $48.59 | 911,349 |
| | 07/17/2023 | $38.44 | 912,865 | 07/17/2023 | $48.59 | 912,865 |
| | 08/14/2023 | $38.47 | 914,386 | 08/14/2023 | $48.62 | 914,386 |
| | 09/18/2023 | $38.44 | 915,879 | 09/18/2023 | $48.59 | 915,879 |
| | 10/16/2023 | $38.44 | 917,382 | 10/16/2023 | $48.59 | 917,382 |
| | 11/13/2023 | $37.79 | 918,808 | 11/13/2023 | $47.77 | 918,808 |
| | 12/11/2023 | $37.85 | 920,230 | 12/11/2023 | $47.85 | 920,230 |
| | 01/08/2024 | $37.82 | 921,628 | 01/08/2024 | $47.81 | 921,628 |
| | 02/12/2024 | $37.81 | 922,956 | 02/12/2024 | $47.79 | 922,956 |
| | 03/11/2024 | $37.82 | 924,421 | 03/11/2024 | $47.81 | 924,421 |
| | 04/15/2024 | $37.82 | 925,835 | 04/15/2024 | $47.81 | 925,835 |
| | 05/10/2024 | $37.82 | 927,328 | 05/10/2024 | $47.81 | 927,328 |
| | 06/17/2024 | $37.83 | 928,700 | 06/17/2024 | $47.82 | 928,700 |
| | 07/15/2024 | $37.81 | 930,202 | 07/15/2024 | $47.80 | 930,202 |
| | 08/19/2024 | $39.07 | 931,599 | 08/19/2024 | $49.38 | 931,599 |
| | 09/16/2024 | $39.06 | 933,085 | 09/16/2024 | $49.37 | 933,085 |
| | 10/21/2024 | $39.06 | 934,443 | 10/21/2024 | $49.37 | 934,443 |
| | 11/18/2024 | $38.65 | 935,934 | 11/18/2024 | $48.85 | 935,934 |
| | 12/16/2024 | $38.64 | 937,313 | 12/16/2024 | $48.84 | 937,313 |
| LVNV FUNDING LLC | | | | | | |
| | 04/18/2022 | $3,374.67 | 889,598 | 04/18/2022 | $61.75 | 889,598 |
| | 05/16/2022 | $110.22 | 891,284 | 06/20/2022 | $118.97 | 892,985 |
| | 07/18/2022 | $118.97 | 894,664 | 07/18/2022 | $6.39 | 894,664 |
| | 08/15/2022 | $118.99 | 896,252 | 09/19/2022 | $118.98 | 897,863 |
| | 10/17/2022 | $118.97 | 899,514 | 10/17/2022 | $6.53 | 899,514 |
| | 11/14/2022 | $116.50 | 901,082 | 12/12/2022 | $116.51 | 902,629 |
| | 01/09/2023 | $6.39 | 904,128 | 01/09/2023 | $116.51 | 904,128 |
| | 02/13/2023 | $116.51 | 905,669 | 03/13/2023 | $116.50 | 907,272 |
| | 04/17/2023 | $116.50 | 908,885 | 04/17/2023 | $6.40 | 908,885 |
| | 05/15/2023 | $116.51 | 910,467 | 06/12/2023 | $115.29 | 911,947 |
| | 07/17/2023 | $115.27 | 913,469 | 07/17/2023 | $6.35 | 913,469 |
| | 08/14/2023 | $115.24 | 914,984 | 09/18/2023 | $115.27 | 916,481 |
| | 10/16/2023 | $6.33 | 917,954 | 10/16/2023 | $115.27 | 917,954 |
| | 11/13/2023 | $113.49 | 919,401 | 12/11/2023 | $113.37 | 920,797 |
| | 01/08/2024 | $113.43 | 922,185 | 01/08/2024 | $6.23 | 922,185 |
| | 02/12/2024 | $113.46 | 923,558 | 03/11/2024 | $113.43 | 924,992 |
| | 04/15/2024 | $6.23 | 926,454 | 04/15/2024 | $113.43 | 926,454 |
| | 05/10/2024 | $113.41 | 927,894 | 06/17/2024 | $113.44 | 929,338 |
| | 07/15/2024 | $6.23 | 930,779 | 07/15/2024 | $113.39 | 930,779 |
| | 08/19/2024 | $117.15 | 932,225 | 09/16/2024 | $117.12 | 933,650 |
| | 10/21/2024 | $117.12 | 935,086 | 10/21/2024 | $6.42 | 935,086 |
| | 11/18/2024 | $115.89 | 936,544 | 12/16/2024 | $115.88 | 937,934 |

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAGEMENT INC | | | | | | |
| | 04/18/2022 | $457.50 | 888,970 | 05/16/2022 | $14.96 | 890,704 |
| | 06/20/2022 | $16.13 | 892,374 | 07/18/2022 | $16.13 | 894,119 |
| | 08/15/2022 | $16.12 | 895,685 | 09/19/2022 | $16.13 | 897,269 |
| | 10/17/2022 | $16.13 | 898,944 | 11/14/2022 | $15.80 | 900,509 |
| | 12/12/2022 | $15.79 | 902,083 | 01/09/2023 | $15.80 | 903,573 |
| | 02/13/2023 | $15.80 | 905,079 | 03/13/2023 | $15.78 | 906,694 |
| | 04/17/2023 | $15.81 | 908,260 | 05/15/2023 | $15.80 | 909,900 |
| | 06/12/2023 | $15.61 | 911,355 | 07/17/2023 | $15.63 | 912,872 |
| | 08/14/2023 | $15.64 | 914,392 | 09/18/2023 | $15.63 | 915,886 |
| | 10/16/2023 | $15.63 | 917,387 | 11/13/2023 | $15.36 | 918,813 |
| | 12/11/2023 | $15.39 | 920,236 | 01/08/2024 | $15.38 | 921,632 |
| | 02/12/2024 | $15.36 | 922,963 | 03/11/2024 | $15.38 | 924,426 |
| | 04/15/2024 | $15.38 | 925,842 | 05/10/2024 | $15.38 | 927,335 |
| | 06/17/2024 | $15.38 | 928,705 | 07/15/2024 | $15.37 | 930,205 |
| | 08/19/2024 | $15.88 | 931,603 | 09/16/2024 | $15.88 | 933,088 |
| | 10/21/2024 | $15.88 | 934,445 | 11/18/2024 | $15.71 | 935,937 |
| | 12/16/2024 | $15.73 | 937,315 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 04/18/2022 | $2,318.17 | 8,002,785 | 05/16/2022 | $75.70 | 8,002,843 |
| | 06/20/2022 | $81.73 | 8,002,892 | 07/18/2022 | $81.72 | 8,002,950 |
| | 08/15/2022 | $81.73 | 8,002,997 | 09/19/2022 | $81.73 | 8,003,048 |
| | 10/17/2022 | $81.73 | 8,003,103 | 11/14/2022 | $80.02 | 8,003,148 |
| | 12/12/2022 | $80.04 | 8,003,201 | 01/09/2023 | $80.03 | 8,003,257 |
| | 02/13/2023 | $80.03 | 8,003,309 | 03/13/2023 | $80.04 | 8,003,367 |
| | 04/17/2023 | $80.03 | 8,003,414 | 05/15/2023 | $80.03 | 8,003,472 |
| | 06/12/2023 | $79.19 | 8,003,529 | 07/17/2023 | $79.18 | 8,003,582 |
| | 08/14/2023 | $79.24 | 8,003,637 | 09/18/2023 | $79.18 | 8,003,690 |
| | 10/16/2023 | $79.18 | 8,003,749 | 11/13/2023 | $77.84 | 8,003,806 |
| | 12/11/2023 | $77.99 | 8,003,859 | 01/08/2024 | $77.92 | 8,003,906 |
| | 02/12/2024 | $77.88 | 8,003,947 | 03/11/2024 | $77.92 | 8,003,991 |
| | 04/15/2024 | $77.92 | 8,004,035 | 05/10/2024 | $77.90 | 8,004,082 |
| | 06/17/2024 | $77.93 | 8,004,126 | 07/15/2024 | $77.89 | 8,004,169 |
| | 08/19/2024 | $80.47 | 8,004,210 | 09/16/2024 | $80.46 | 8,004,251 |
| | 10/21/2024 | $80.46 | 8,004,295 | 11/18/2024 | $79.61 | 8,004,336 |
| | 12/16/2024 | $79.60 | 8,004,376 | | | |
| ST CLARES HOSPIAL | | | | | | |
| | 04/18/2022 | $21.41 | 888,749 | 05/16/2022 | $71.54 | 890,512 |
| | 07/18/2022 | $6.34 | 893,928 | 09/19/2022 | $6.35 | 897,067 |
| | 11/14/2022 | $6.29 | 900,333 | 01/09/2023 | $6.21 | 903,410 |
| | 03/13/2023 | $6.21 | 906,544 | 05/15/2023 | $6.22 | 909,764 |
| | 07/17/2023 | $6.14 | 912,743 | 09/18/2023 | $6.15 | 915,758 |
| | 11/13/2023 | $6.11 | 918,699 | 01/08/2024 | $6.05 | 921,537 |
| | 03/11/2024 | $6.05 | 924,332 | 05/10/2024 | $6.05 | 927,246 |
| | 07/15/2024 | $6.05 | 930,125 | 09/16/2024 | $6.24 | 933,012 |
| | 11/18/2024 | $6.22 | 935,864 | | | |

**Chapter 13 Case # 21-14906**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| UHG PERITUS PORTFOLIO SERVICES II LLC | | | | | | |
| | 04/18/2022 | $2,655.70 | 889,112 | 05/16/2022 | $86.73 | 890,833 |
| | 06/20/2022 | $93.63 | 892,503 | 07/18/2022 | $93.62 | 894,242 |
| | 08/15/2022 | $93.63 | 895,803 | 09/19/2022 | $93.63 | 897,395 |
| | 10/17/2022 | $93.63 | 899,062 | 11/14/2022 | $91.68 | 900,632 |
| | 12/12/2022 | $91.69 | 902,195 | 01/09/2023 | $91.68 | 903,683 |
| | 02/13/2023 | $91.69 | 905,191 | 03/13/2023 | $91.69 | 906,803 |
| | 04/17/2023 | $91.68 | 908,368 | 05/15/2023 | $91.69 | 909,999 |
| | 06/12/2023 | $90.72 | 911,453 | 07/17/2023 | $90.71 | 912,969 |
| | 08/14/2023 | $90.69 | 914,480 | 09/18/2023 | $90.71 | 915,970 |
| | 10/16/2023 | $90.71 | 917,473 | 11/13/2023 | $89.31 | 918,893 |
| | 12/11/2023 | $89.22 | 920,317 | 01/08/2024 | $89.26 | 921,708 |
| | 02/12/2024 | $89.29 | 923,043 | 03/11/2024 | $89.26 | 924,501 |
| | 04/15/2024 | $89.26 | 925,918 | 05/10/2024 | $89.25 | 927,412 |
| | 06/17/2024 | $89.28 | 928,788 | 07/15/2024 | $89.24 | 930,280 |
| | 08/19/2024 | $92.17 | 931,670 | 09/16/2024 | $92.17 | 933,153 |
| | 10/21/2024 | $92.17 | 934,510 | 11/18/2024 | $91.20 | 935,999 |
| | 12/16/2024 | $91.19 | 937,376 | | | |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 04/18/2022 | $2,094.98 | 890,260 | 05/16/2022 | $68.43 | 891,889 |
| | 06/20/2022 | $73.86 | 893,646 | 07/18/2022 | $73.86 | 895,268 |
| | 08/15/2022 | $73.85 | 896,812 | 09/19/2022 | $73.86 | 898,500 |
| | 10/17/2022 | $73.86 | 900,099 | 11/14/2022 | $72.33 | 901,673 |
| | 12/12/2022 | $72.33 | 903,197 | 01/09/2023 | $72.33 | 904,691 |
| | 02/13/2023 | $72.33 | 906,282 | 03/13/2023 | $72.32 | 907,849 |
| | 04/17/2023 | $72.33 | 909,512 | 05/15/2023 | $72.33 | 911,000 |
| | 06/12/2023 | $71.56 | 912,517 | 07/17/2023 | $71.56 | 914,043 |
| | 08/14/2023 | $71.61 | 915,509 | 09/18/2023 | $71.56 | 917,044 |
| | 10/16/2023 | $71.56 | 918,472 | 11/13/2023 | $70.35 | 919,917 |
| | 12/11/2023 | $70.47 | 921,317 | 01/08/2024 | $70.41 | 922,666 |
| | 02/12/2024 | $70.39 | 924,103 | 03/11/2024 | $70.41 | 925,519 |
| | 04/15/2024 | $70.41 | 927,020 | 05/10/2024 | $70.42 | 928,398 |
| | 06/17/2024 | $70.43 | 929,915 | 07/15/2024 | $70.39 | 931,284 |
| | 08/19/2024 | $72.72 | 932,796 | 09/16/2024 | $72.71 | 934,151 |
| | 10/21/2024 | $72.71 | 935,665 | 11/18/2024 | $71.95 | 937,065 |
| | 12/16/2024 | $71.94 | 938,485 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,570.93 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 123.55 | * | 40.09 | |
| 0002 | AMERICAN EXPRESS NATIONAL BANK, A | UNSECURED | 11,621.86 | * | 3,832.84 | |
| 0003 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 17,279.60 | * | 5,698.73 | |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 14,979.29 | * | 4,940.10 | |
| 0006 | LVNV FUNDING LLC | UNSECURED | 399.08 | * | 131.62 | |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 14,210.15 | * | 4,686.44 | |
| 0008 | CAVALRY SPV I LLC | UNSECURED | 13,143.10 | * | 4,334.53 | |
| 0009 | CITIBANK | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 21,806.17 | * | 7,191.57 | |
| 0012 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 17,331.05 | * | 5,715.70 | |
| 0013 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 8,178.47 | * | 2,697.22 | |
| 0014 | GEM RECOVERY SYSTEMS | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | JPMORGAN CHASE BANK NA | UNSECURED | 7,271.50 | * | 2,398.11 | |
| 0016 | JPMORGAN CHASE BANK NA | UNSECURED | 9,191.72 | * | 3,031.38 | |

**Chapter 13 Case # 21-14906**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | MERCEDES BENZ FINANCIAL SERVICES | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | |
| 0018 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 2,956.31 | * | 974.96 | |
| 0019 | MORRISTOWN MEDICAL CENTER | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | QUICKEN LOANS LLC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | |
| 0021 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 434.00 | * | 143.13 | |
| 0022 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SA-VIT COLLECTION AGENCY | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SIMM ASSOCIATES INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SIMONS AGENCY INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0027 | UHG PERITUS PORTFOLIO SERVICES II LI | UNSECURED | 17,160.34 | * | 5,659.40 | |
| 0030 | SUMMIT MEDICAL GROUP | UNSECURED | 829.00 | * | 0.00 | |
| 0031 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0032 | REMEX INC. | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | CITIBANK NA | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | US BANK NATIONAL ASSOCIATION | UNSECURED | 13,537.21 | * | 4,464.51 | |
| 0035 | ST CLARES HOSPIAL | UNSECURED | 581.62 | * | 191.82 | |

**Total Paid: $59,703.08**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $59,919.10 - Paid to Claims: $56,132.15 - Admin Costs Paid: $3,570.93 = Funds on Hand: $1,183.02

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.