UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

BARRY S. MILLER ESQ LLC
1211 Liberty Avenue
Hillside, NJ 07205
(973) 216-7030
Bmiller@barrysmilleresq.com
Attorney for Debtor

| | | |
|---|---|---|
| In Re: MAHESH A. PATEL YOGINI PATEL Debtor. | Case No: | 21-14906 |
| | Chapter: | 13 |
| | Judge: | JKS |

**CERTIFICATION IN SUPPORT OF DISCHARGE**

We, Mahesh A. Patel and Yogini Patel , debtors in this case, certify as follows:

1. All payments required to be made by us under our plan have been made and are paid in full.

2. ☑ We are not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations, and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

We certify under penalty of perjury that the above is true.

Date: 6-18-26 /s/ Mahesh A. Patel
Mahesh A. Patel

Mahesh Patel

6-18-26 /s/ Yogini Patel
Yogini Patel

Yogini Patel

rev.8/1/18