**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mahesh A. Patel<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–1052<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | Yogini Patel<br>First Name Middle Name Last Name | Social Security number or ITIN xxx–xx–4381<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | District of New Jersey | | |
| Case number: | 21–14906–TBA | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mahesh A. Patel
aka Mahesh Patel

Yogini Patel
aka Yogini M Patel

9/18/26

**By the court:** CHRISTINE M GRAVELLE
United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re: Case No. 21-14906-TBA
Mahesh A. Patel Chapter 13
Yogini Patel
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Sep 18, 2026 Form ID: 3180W Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mahesh A. Patel, Yogini Patel, 35 Florham Road, Parsippany, NJ 07054-3021 |
| 519237359 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance Corp., 201 Little Falls Drive, Wilmington, DE 19808 |
| 519237361 | | Barclays Bank Delaware c/o ERC, POB 23870, Jacksonville, FL 32241-3870 |
| 519237369 | | Discover Financial Services, c/o Pressler Felt & Warshaw LLP, t Entin Road, Parsippany, NJ 07054-9944 |
| 519237370 | + | Gem Recovery Systems, 800 Kinderkamack Rd, Oradell, NJ 07649-1546 |
| 519237373 | | Mercedes-Benz Financial Services, 13650 Heritage Valley Parkway, Fort Worth, TX 76177 |
| 519356640 | + | ST. CLARES HOSPITAL, CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519242174 | + | Summit Medical Group, PO BOX 5026, Syracuse, NY 13220-5026 |
| 521332477 | | Summit Medical Group, Simons Agency Inc, PO Box 5026, Syracuse, NY 13220-5026 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 18 2026 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 18 2026 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519247021 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 18 2026 21:19:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519237358 | + | Email/PDF: bncnotices@becket-lee.com | Sep 18 2026 21:23:02 | American Express, POB 297871, Fort Lauderdale, FL 33329-7871 |
| 519237357 | + | Email/Text: bkfilings@zwickerpc.com | Sep 18 2026 21:20:00 | American Express, c/o Zwicker & Associates, 1020 Laurel Oak Rd Suite 303, Voorhees, NJ 08043-3518 |
| 519257732 | | Email/PDF: bncnotices@becket-lee.com | Sep 18 2026 21:22:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519242045 | + | Email/Text: bkfilings@zwickerpc.com | Sep 18 2026 21:20:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519288758 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2026 21:22:47 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519249873 | | Email/Text: notices@bkservicing.com | Sep 18 2026 21:18:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519256100 | + | EDI: BANKAMER2 | Sep 19 2026 00:48:00 | Bank of America, N.A., P O Box 982284, El Paso, |

| | | | | |
|---|---|---|---|---|
| | | | | TX 79998-2284 |
| 519237360 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 18 2026 21:17:00 | Bank of America, N.A., c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB 9003, Islandia, NY 11749-9003 |
| 519237364 | + | EDI: CITICORP | Sep 19 2026 00:48:00 | CITI, PO Box 6190, Sioux Falls, SD 57117-6190 |
| 519249667 | + | EDI: AIS.COM | Sep 19 2026 00:48:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519237362 | + | Email/Text: BKNotice@ldvlaw.com | Sep 18 2026 21:18:00 | Capital One Bank USA NA, c/o Lyons Doughty & Veldhuis, PC, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-1725 |
| 519237363 | + | Email/Text: bankruptcy@cavps.com | Sep 18 2026 21:19:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 519268188 | + | Email/Text: bankruptcy@cavps.com | Sep 18 2026 21:19:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 519237365 | | EDI: CITICORP | Sep 19 2026 00:48:00 | Citibank, POB 6241, Sioux Falls, SD 57117-6241 |
| 519237367 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 18 2026 21:17:00 | Citibank NA, c/o Rubin & Rothman, LLC, 1787 Veterans Highway, Suite 32, POB 9003, Islandia, NY 11749-9003 |
| 519237366 | + | Email/Text: BAN5620@UCBINC.COM | Sep 18 2026 21:18:00 | Citibank c/o United Collection Bureau, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 519237368 | | EDI: DISCOVER | Sep 19 2026 00:48:00 | Discover Financial Services, POB 15316, Wilmington, DE 19850 |
| 519241571 | | EDI: DISCOVER | Sep 19 2026 00:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519237371 | + | EDI: JPMORGANCHASE | Sep 19 2026 00:48:00 | JPMCB Card Services, PO BOX 15369, Wilmington, DE 19850-5369 |
| 519237372 | + | Email/Text: bankruptcy@rubinrothman.com | Sep 18 2026 21:17:00 | JPMCB Card Services c/o Rubin & Rothman, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 519265917 | + | Email/Text: RASEBN@raslg.com | Sep 18 2026 21:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519267765 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 18 2026 21:23:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519237374 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2026 21:19:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519262290 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2026 21:19:00 | Midland Credit Management, Inc., PO BOX 2037, Warren MI 48090-2037 |
| 519237375 | + | Email/Text: bankruptcy@certifiedcollection.com | Sep 18 2026 21:19:00 | Morristown Medical Center, c/o Certified Credit & Collection, POB 1750, Whitehouse Station, NJ 08889-1750 |
| 519281568 | | EDI: PRA.COM | Sep 19 2026 00:48:00 | Portfolio Recovery Associates, LLC, c/o Juniper, POB 41067, Norfolk VA 23541 |
| 519237376 | | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 18 2026 21:19:00 | Quicken Loans LLC, POB 6577, Carol Stream, IL 60197-6577 |
| 519256066 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 18 2026 21:19:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519237377 | + | Email/Text: ngisupport@radiusgs.com | Sep 18 2026 21:18:00 | Radius Global Solution, 7831 Glenroy Rd Suite 250, Minneapolis, MN 55439-3117 |
| 519237378 | + | Email/Text: clientservices@remexinc.com | Sep 18 2026 21:18:00 | Remex Inc., 307 Wall St, Princeton, NJ 08540-1515 |

| | | | | |
|---|---|---|---|---|
| 519237379 | + | Email/Text: bankruptcy@savit.com | Sep 18 2026 21:20:00 | SA-VIT Collection Agency, 46C W Ferris St, East Brunswick, NJ 08816-2159 |
| 519237380 | + | Email/PDF: clerical@simmassociates.com | Sep 18 2026 21:23:20 | Simm Associates Inc., 800 Pencader Drive, Newark, DE 19702-3354 |
| 519237381 | + | Email/Text: clientservices@simonsagency.com | Sep 18 2026 21:20:00 | Simons Agency Inc., 4963 Wintersweet Drive, Liverpool, NY 13088-2176 |
| 519284170 | | EDI: USBANKARS.COM | Sep 19 2026 00:48:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519283546 | | Email/Text: peritus@ebn.phinsolutions.com | Sep 18 2026 21:20:00 | UHG, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 519237382 | | Email/Text: edinkel@vikingservice.com | Sep 18 2026 21:20:00 | Viking Client Services LLC, POB 59207, Minneapolis, MN 55459-0207 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barry Scott Miller | on behalf of Joint Debtor Yogini Patel bmiller@barrysmilleresq.com miller.barryb119091@notify.bestcase.com |
| Barry Scott Miller | on behalf of Debtor Mahesh A. Patel bmiller@barrysmilleresq.com miller.barryb119091@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Quicken Loans LLC bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5