Form 177 − fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 21−14906−TBA
Chapter: 13
Judge: CHRISTINE M GRAVELLE

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mahesh A. Patel
aka Mahesh Patel
35 Florham Road
Parsippany, NJ 07054

Yogini Patel
aka Yogini M Patel
35 Florham Road
Parsippany, NJ 07054

Social Security No.:
xxx−xx−1052
xxx−xx−4381

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 21, 2026

CHRISTINE M GRAVELLE
Judge, United States Bankruptcy Court